438 F.2d 1225
 The UNITED STATES of America, for the Use and Benefst of
AUDLEY MOORE & SONS, INC., Plaintiff-Appellee,
v.
FIDELITY & CASUALTY COMPANY OF NEW YORK and Clement Brothers
Company, Inc., Defendants-Appellants.
 No. 30089.
 United States Court of Appeals, Fifth Circuit.
 March 9, 1971.
 
 Mike A. Hatchell, Tyler, Tex., for defendants-appellants; Tracy Crawford Ramey, Brelsford, Flock, Devereux & Hutchins, Tyler, Tex., of counsel.
 John H. Minton, Jr., Spruiell, Lowry, Potter, Lasater & Guinn, Tyler, Tex., for platintiff-appellee; J. Kearney Brim, Sulphur Springs, Tex., of counsel.
 Appeal from the United States District Court for the Eastern District of Texas; William Wayne, Justice, District Judge.
 Before GOLDBERG and DYER, Circuit Judges, and GROOMS, District Judge.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966